**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ALBERT BRYANT and SUSAN BRYANT,**

        **Plaintiffs,**

-vs-                                          **Case No. 6:10-cv-1245-Orl-22DAB**

**CITI MORTGAGE**

        **Defendant.**

_____

## ORDER

On September 23, 2010 Defendant filed a Motion to Dismiss Amended Complaint, and in the alternative Motion for a More Definite Statement of Claims Against Defendant (Doc. No. 15). Since Plaintiffs are appearing *pro se*, they are advised that the granting of this motion would represent a final adjudication of this case which may foreclose subsequent litigation on the matter.

The Plaintiffs shall respond to the motion to dismiss on or before **October 15, 2010**. The failure to respond to the motion will result in the dismissal of this case for failure to prosecute under Local Rule 3.10. If the Plaintiffs file a timely response, the motion will be taken under advisement and an order will be entered thereon without further notice.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on September 24, 2010.

Copies furnished to:

Counsel of Record
Albert and Susan Bryant, *pro se*

ANNE C. CONWAY
United States District Judge